FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/3/2015 2:42:24 PM

CHRISTOPHER A. PRINE
Clerk

# EXHIBIT A

8/7/2015 5:07:18 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 6413365
By: DARNELL, BRADLEY K
Filed: 8/7/2015 5:07:18 PM

Pgs-1

STPRY

CAUSE NO. 2015-03393

| | | |
|---|---|---|
| TES ELECTRIC, LP | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| GREYSTONE MULTI-FAMILY | § | |
| BUILDERS, INC. , KEN TURNER, | § | |
| AND MANUEL SANCHEZ, | § | |
| | § | 125th JUDICIAL DISTRICT |
| *Defendants.* | | |

---

**ORDER DENYING DEFENDANT GREYSTONE MULTI-FAMILY BUILDERS, INC.'S MOTION TO STAY LITIGATION PENDING INTERLOCUTORY APPEAL**

---

On this day, the Court considered Defendant Greystone Multi-Family Builders, Inc.'s Motion to Stay Litigation Pending Interlocutory Appeal. After considering the pleadings and the arguments of counsel, the Court is of the opinion that the motions should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Stay Litigation Pending Interlocutory Appeal is DENIED in its entirety.

Signed:
8/27/2015

_____
HON. KYLE CARTER
JUDGE PRESIDING

Certified Document Number: 66801954 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 3, 2015

Certified Document Number:      66801954 Total Pages: 1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**